ORIGINAL

FILED
MAY 11 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald J. Jackson, )
1425 N Street, N.W. #910 )
Washington, DC 20005 )
(202)306-3958 )
)
      Plaintiff, )
)
      v. ) Civil Action No.:
)
GMAC, Insurance, (314) 813-5626 )
PO Box 1623 ) Case: 1:09-cv-00868
Winston Salem, NC 27102-4623 ) Assigned To : Walton, Reggie B.
  RE: Integon Casualty Insurance Company ) Assign. Date : 5/11/2009
     Monica Rivero ) Description: PI/Malpractice
)
Avery & Associates )
6400 Arlington Boulevard, Ste 634 )
Falls Church, VA 22042 )
)
Veterans Admin Hospital )
50 Irving Street, N.W. )
Washington, DC 20422-0001 )
)
      Defendants. )
)

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Veterans Admin. Hospital[1], by and through undersigned counsel, respectfully notifies the Court as follows:

1. Defendant, Veterans Admin. Hospital, is in receipt of a summons and complaint in the case of <u>Ronald J. Jackson v. Veterans Admin. Hospital</u>, Civil Action No. 09-002140 in the Civil Division of the Superior Court of the District of Columbia

---

[1] Defendant in no way concedes that it is a proper party to this suit by filing this Notice of Removal and expressly preserves any arguments that it is an improper party here.



(the "Civil Action"). A copy of the summons and complaint are attached hereto as Exhibit "A."

2. Defendant, Veterans Admin. Hospital, is an agency of the United States pursuant to 28 U.S.C. § 1442(a)(1). Thus, the Civil Action is properly before this Court.

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
GIA M. CHEMSIAN, DC BAR #501579
Special Assistant United States Attorney
555 Fourth St., N.W., Room E4817
Washington, D.C. 20530
(202) 514-7139 / (202) 514-8780 (fax)
gia.chemsian@usdoj.gov