# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 09-5396** | **September Term 2009** |
| | 1:09-cv-00868-RBW |
| | **Filed On: January 6, 2010** [1223884] |

Ronald J. Jackson,

    Appellant

    v.

GMAC Insurance, et al.,

    Appellees

## O R D E R

Upon consideration of appellant's motion to withdraw case, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                                     FOR THE COURT:
                                                     Mark J. Langer, Clerk

                             BY:    /s/
                                                     Mark A. Butler
                                                     Deputy Clerk